FILED
DEC 13 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER SANGALANG AND ) <br> DEANDRE PATTON, ) <br> ) <br> Defendants. ) | 2:08-CR-140-KJD (GWF) |

**FINAL ORDER OF FORFEITURE**

On June 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the jury verdict finding defendant CHRISTOPHER SANGALANG guilty of the criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant CHRISTOPHER SANGALANG was found guilty.

On June 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the jury verdict finding defendant DEANDRE PATTON guilty of the criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and

shown by the United States to have a requisite nexus to the offense to which defendant DEANDRE PATTON was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on June 19, 2010, June 26, 2010, and July 3, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) One Maverick 12-gauge shotgun, model 88, serial # MV16021A;

b) One Savage Arms .22 caliber rifle with an overall length of approximately 20.75 inches and a barrel length of approximately 11.5 inches with an obliterated serial number;

c) One Savage Arms .22 caliber rifle with an overall length of approximately 21 inches and a barrel length of approximately 9.75 inches with an obliterated serial number;

d) One Savage Arms .22 caliber rifle with an overall length of approximately 20.75 inches and a barrel length of approximately 9.87 inches with an obliterated serial number;

e) Fourteen rounds of .45 caliber ammunition; and

2

      f)      Two ammunition magazines for a Colt .45 caliber pistol.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 13th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE